IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NERIAN BRACERO, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-02483-JMG |
| : | |
| TRANSOURCE, INC. T/A AND/OR : | |
| D/B/A UNISHIPPERS., *et al.*, : | |
|     Defendants. : | |

**ORDER**

**AND NOW,** this 21st day of April, 2021, after careful consideration of Defendant Unishippers Global Logistics, LLC's ("Unishippers") Motion to Dismiss (ECF No. 18), Defendant Transource, Inc.'s ("Transource") Motion to Dismiss (ECF No. 20), and Plaintiff Nerian Bracero's Responses in Opposition (ECF Nos. 22–23), it is hereby **ORDERED** as follows:

1. Unishippers' Motion to Dismiss (ECF No. 18) is **DENIED**.
2. Transource's Motion to Dismiss (ECF No. 20) is **DENIED**.

                                        BY THE COURT:

                                        */s/ John M. Gallagher*
                                        JOHN M. GALLAGHER
                                        United States District Court Judge